|   |   |
|---|---|
| 1 | **UNITED STATES DISTRICT COURT** |
| 2 | **NORTHERN DISTRICT OF CALIFORNIA** |
|   | **OAKLAND DIVISION** |

UNITED STATES OF AMERICA,                        No. Cr 06-0336 SBA

      Plaintiff,                                                        **ORDER**

  v.

DANIEL ARMSTRONG & JACKSON GANT,

      Defendant.

---

It is hereby ORDERED that a status conference in this action is set for May 29, 2007 at 9 A.M.

May 23, 2007

                                           Saundra Brown Armstrong
                                           United States District Judge