1  MINTZ AND GILLER
A Law Corporation
2  By: James Giller, Esq. (SBN: 028084)
405 - 14th Street, Suite 1008
3  Oakland, California 94612
Telephone: (510) 451-6686
4  Facsimile:  (510) 451-4820

5  Attorney for Defendant,
JACKSON GANT

6

7                           UNITED STATES DISTRICT COURT

8                          NORTHERN DISTRICT OF CALIFORNIA

9                                    OAKLAND DIVISION

10

11  UNITED STATES OF AMERICA,           )   CASE NO. CR-O6-0336 SBA
                                        )
12                       Plaintiff,     )
                                        )   DECLARATION OF JAMES
13       vs.                            )   GILLER IN SUPPORT OF
                                        )   REQUEST FOR CONTINUANCE
14  JACKSON GANT, et al.,               )   OF THE SENTENCING DATE.
                                        )
15                       Defendant.     )
    _____)
16

17       I, JAMES GILLER, declare:

18       1.   That I am an attorney at law duly licensed to practice before this federal

19  court, and I represent the defendant in the above-entitled matter.

20       2.   This matter was set originally for sentencing on September 25, 2007. At the

21  request of Charles Mabie, the matter was continued for sentencing until October 23,

22  2007.

23       3.   I received the Probation Report from Mr. Mabie on approximately September

24  22, 2007.  I then sent a copy of said Probation Report to my client, Defendant

25  JACKSON GANT who, I believed was incarcerated in the North County Jail.  I went to

26

27  DECLARATION OF JAMES GILLER IN SUPPORT
    OF REQUEST FOR CONTINUANCE
28  OF THE SENTENCING DATE                         1

see GANT on September 29, 2007, but found out that he had been transferred and the people at the jail did not know where he was – only that he was removed by the United States Marshal. I attempted to locate Mr. Gant, but it was a Saturday and I could not reach anyone at the U.S. Marshal's Office who could tell me where he was. I suspected that he might be at the Federal Detention Center in Dublin. I was given a telephone number for them by the U.S. Marshal's Office; however, it turned out to be the wrong number and no telephone number was listed for them in the telephone book.

4. On Sunday, September 30, 2007, I finally found the telephone number for the Federal Detention Center in Dublin. I called them and was able to ascertain that defendant GANT was there. I went to visit him on Sunday, September 30th, and spent approximately three hours with him reviewing Mr. Mabie's Probation Report. Some things were contained in the report that my client and I were not sure were accurate, including GANT's prior criminal record. GANT did not think he had that many criminal history points; in addition. He felt some of the periods of incarceration were not accurate. Thus, I felt that I had to check out those matters before I wrote a sentencing memo and had an opportunity to talk with Mr. Mabie.

5. On Monday, October 1, 2007, I contacted Mr. Mabie's office but he was not in. I was able to reach him on Tuesday, October 2nd. I indicated to Mr. Mabie my concerns and wanted to check them out. He agreed to obtain the documentation for me so that I could see it.

6. However, the problem I have is that I have a vacation scheduled to begin on Saturday, October 6, 2007. I will be out of the country and will not return until October 19th, at which time I am scheduled to begin a murder trial in Alameda County on October 22nd. This trial is estimated to last for at least one month. Thus, I have to be prepared for that trial and also to take care of other matters upon my return.

DECLARATION OF JAMES GILLER IN SUPPORT
OF REQUEST FOR CONTINUANCE
OF THE SENTENCING DATE                    2

7. I will need additional time after my return from vacation to check out the information concerning defendant GANT and ultimately prepare a Sentencing Memorandum. Therefore, I am requesting that the sentencing be continued to November 27, 2007, which will give me time to handle the case that is in trial, check out the documentation that Mr. Mabie has, or is going to obtain, and prepare a Sentencing Memorandum.

8. I have contacted the U.S. Attorney who is handling this matter, to wit, H.H. Kewelramani, and Mr. Mabie with regard to the continuance; neither of them have any objection to my continuing this matter for sentencing.

WHEREFORE, your declarant prays that this Court will grant a continuance of the sentencing in this matter from October 23rd to November 27, 2007 at 10 a.m.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California on October ___, 2007.


                                    _S/_____
                                    JAMES GILLER


**O R D E R**

IT IS HEREBY ORDERED that the above-entitled matter is continued for sentencing from October 23, 2007 to November 27, 2007, at 10:00 a.m.

DATED: 10/17/07                     _Saundra B Armstrong_____
                                    JUDGE OF THE U.S. DISTRICT COURT

DECLARATION OF JAMES GILLER IN SUPPORT
OF REQUEST FOR CONTINUANCE
OF THE SENTENCING DATE                    3