UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>              Plaintiff,<br><br>     vs.<br><br>JACKSON GANT,<br><br>              Defendant. | Case No:  CR 06-00336  SBA<br><br>**ORDER**<br><br>[Docket No. 217] |

On July 5, 2007, Defendant pled guilty to Conspiracy to Commit Bank Fraud in violation of 18 U.S.C. § 1349.  On February 26, 2008, Defendant was sentenced to twenty-four months of imprisonment, and was ordered to pay $150,000 in restitution to Bank of America. (See Docket No. 199.)

On November 2, 2009, this Court received a letter from Defendant stating that he is moving for reduction in the $150,000 restitution amount.  (Docket No. 217.)  In liberally construing Defendant's motion, Defendant asserts that a reduction is warranted because the restitution amount was determined without taking into consideration that he shared the funds he stole with his codefendants.  In this case, Defendant's restitution was not ordered to be joint and several with any other codefendant.  (See Docket Nos. 199, 203.)  Plaintiff has not filed a response to Defendant's motion.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff shall file a response to Defendant's motion by July 30, 2010.

IT IS SO ORDERED.

Dated: June 30, 2010

_Sandra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA


USA et al,

        Plaintiff,

  v.

SHAREEF HASTINGS, TERRI SCOTT,
JACKSON GANT, AMANDA DE LA
MERCED AND DANIEL ARMSTRONG et al,

        Defendant.

_____/

Case Number: CR06-00336 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 1, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


JACKSON GANT
3900 SAMOS WAY
SACRAMENTO, CA 95823


Dated: July 1, 2010

Richard W. Wieking, Clerk

By: LISA R CLARK, Deputy Clerk